IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REX GLENN LOWERY                                                          PLAINTIFF

       v.            Civil No. 08-5112

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                            DEFENDANT

### ORDER

NOW on this 2nd day of September 2009, comes on for consideration the Magistrate Judge's Report and Recommendation (document #11), filed on July 29, 2009, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Magistrate Judge's Report and Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #11) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the decision of the ALJ is reversed and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE